## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

**In the Matter of:**
Patricia Bunyan-Scott                                    Case No. 18-71702-FJS
Debtor                                                          Chapter 13

## MOTION TO SUSPEND PLAN PAYMENTS

NOW COME the debtor, by Counsel, and state the following, to wit:

1. That the Debtor filed a Chapter 13 bankruptcy on May 14, 2018.

2. That the Debtor filed her Amended Chapter 13 Plan on August 21, 2018 which was confirmed on February 4, 2019.

3. That R. Clinton Stackhouse, Jr. was appointed and serves as the Trustee in this case.

4. Debtor is requesting a suspension for the months of March 2019 and April 2019 due to a reduction in her husband's income. The husband is currently seeking other employment and expects to have obtained another job by May 2019.

5. That Debtor will resume her Chapter 13 plan payments in May 2019.

6. That the Debtors must cure the arrears from the two (2) month suspension by fifty-fifth (55) months of her Chapter 13 Plan.

WHEREFORE, the debtor prays this Honorable Court enter an Order allowing Debtor to suspend her Chapter 13 plan payments for the months of March 2019 and April 2019, with payments resuming in May 2019 and that the Debtor will cure the arrearages by the fifty-fifth (55) months of her Chapter 13 Plan.

Patricia Bunyan-Scott

/s/ Kenneth E. Goolsby
Kenneth E. Goolsby, Esquire,

Kenneth E. Goolsby, Esq.
The Alliance Legal Group
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 86347

                Counsel for the debtor

## Certificate of Mailing

I hereby certify that on this 22nd day of March, 2019, the foregoing Motion was mailed to the debtor, all creditors, the Office of the United States Trustee, and the Chapter 13 trustee.

                /s/ Kenneth E. Goolsby
                Kenneth E. Goolsby

**Kenneth E. Goolsby, Esq.**
The Alliance Legal Group
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia  23322
(757) 482-5705
VSB#:  86347

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**In the Matter of:**
Patricia Bunyan-Scott
Debtor

Case No. 18-71702-FJS
Chapter 13

## NOTICE OF MOTION TO SUSPEND PLAN PAYMENTS

The debtor has filed papers with the Court to Suspend Plan Payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your Attorney, if you have one in this case. (If you do not have an Attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion requested, or if you want the Court to consider your views on the Motion, then on or before 4/12/19, you or your Attorney must file with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).

> Clerk of the Court
> United States Bankruptcy Court
> 600 Granby Street, Fourth Floor
> Norfolk, VA 23510

You must also send a copy of your written response to:

> Kenneth E. Goolsby, Esquire
> Counsel for the Debtor
> The Alliance Legal Group
> 133 Mount Pleasant Road
> Chesapeake, VA 23322

If you or your Attorney do not take this step, the Court may decide you do not oppose the relief sought in the motion and may enter an Order granting the Motion without further notice or hearing.

Kenneth E. Goolsby, Esq.
The Alliance Legal Group
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 86347

Date: March 22, 2019

/s/ Kenneth E. Goolsby
Kenneth E. Goolsby
Counsel for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Notice of Motion was mailed by First Class United States mail, postage prepaid, to the Office of the United States Trustee; the Chapter 13 Trustee; and all creditors and parties in interest, on this 22nd day of March, 2019.

/s/ Kenneth E. Goolsby
Kenneth E. Goolsby, Esquire

Kenneth E. Goolsby, Esq.
The Alliance Legal Group
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 86347

Steven Legum
500 E. Main Street
Suite 1107
Virginia Beach, VA 23452


Ace Cash Express
1496 Lynnhaven Pkwy, Ste 101
Virginia Beach, VA 23453


Anthony Scott
1104 Jackson Avenue
Chesapeake, VA 23324


ARS National Services
P.O. Box 469046
Escondido, CA 92046-9046


Ashley Funding
c/o Resurgent Capital Services
POB10587
Greenville, SC 29603-0587


Ashley Funding Svcs.
Lab Corp
POB 10587
Greenville, SC 29603-0587


Barbara O Carraway, Treas.
City of Chesapeake
POB 16495
Chesapeake, VA 23328-6495


Barbara O. Carraway, Treasurer
City of Chesapeake
POB 16495
Chesapeake, VA 23328-6495


Bayview Phys. Group
POB 7068
Portsmouth, VA 23707-0068


Carla Johnson
c/o Goldblatt, Cohen, & Legum
500 E. Main St, Suite 1107
Norfolk, VA 23510

```
Chase Receivables
for Ches Anesthesiologists, In
POB 659
Caldwell, NJ 07007-0659


Chesapeake Anesthesiologist
POB 791349
Baltimore, MD 21279-1349


Chesapeake Public Utilities
Chesapeake City Hall
306 Cedar Road
Chesapeake, VA 23322


City of Chesapeake
Barbara O. Carraway, Treasurer
306 Cedar Road
Chesapeake, VA 23328-6495


Client Services
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Commonwealth of Virginia
Dept. of Taxation
PO Box 2156
Richmond, VA 23261-7407


Cox Cable
P.O. Box 509124
San Diego, CA 92150


Credit Collection Svcs.
725 Canton St.
Norwood, MA 02062


Credit Control Corp
P.O. Box 120568
Newport News, VA 23612


Credit One Bank
POB 98873
Las Vegas, NV 89193-8873
```

```
Dominion Virginia Power
P.O. Box 26666
Richmond, VA 23261-6666


EOS CCA
P.O. Box 981002
Boston, MA 02298-1002


Fed Loan Servicing
POB 69184
Harrisburg, PA 17106


Furniture Mart
5900 E Virginia Beach Blvd.
#50
Norfolk, VA 23502


Glasser and Glasser PLC
POB 3400
Norfolk, VA 23514


Grand Furniture
Attn: Bankruptcy Dept.
1305 Baker Rd.
Virginia Beach, VA 23455


Grand Furniture (notice)
Craig L. Stein, Reg. Ag.
1305 Baker Rd.
Virginia Beach, VA 23455


Hampton Roads Pathology
736 N. Battlefield Blvd.
Chesapeake, VA 23320


HRUBS
PO Box 5912
Virginia Beach, VA 23471-0912


Internal Revenue Svc.
PO Box 7346
Philadelphia, PA 19101-7346
```

```
LCA Collections
P.O. Box 2240
Burlington, NC 27216-2240


Midland Funding
POB 2011
Warren, MI 48090-2011


North Shore Agency
270 Spagnoli Road, Ste. 110
Melville, NY 11747


NPRTO South-East, LLC
256 W. Data Drive
Draper, UT 84020-2315


Ocwen Loan Servicing
P.O. Box 24646
West Palm Beach, FL 33416-4646


Ocwen Loan Servicing, LLC
Attn: Bankruptcy Dept.
POB 24605
West Palm Beach, FL 33416-4605


Patient First
POB 73810
Richmond, VA 23235-8047


Pediatric Specialist
885 Kempsville Road
Suite 200
Norfolk, VA 23502


Professional Account Mgmt.
P.O. Box 3032
Milwaukee, WI 53201


Progressive Insurance
PO Box 85509
Richmond, VA 23285


Progressive Leasing
256 W. Data Drive
Draper, UT 84020
```

Progressive Leasing
for Furniture Mart
10619 So. Jordan Gateway, #100
South Jordan, UT 84095


Quantum3 Group for
Ace Cash Express
POB 788
Kirkland, WA 98083-0788


Receivables Management
PO Box 8630
Richmond, VA 23226


Riverside Health Systems
POB 826612
Philadelphia, PA 19182


Shapiro & Brown
501 Indepedence Pkwy, Ste. 203
Chesapeake, VA 23320-5174


SNJB-Customer Svc.
2705 W Sam Houston Pky N.
Houston, TX 77043-1609


Sprint
6200 Sprint Parkway
Overland Park, KS 66251


Sprint Nextel
Attn: Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207-0949


Title Max
4288 Holland Rd
Virginia Beach, VA 23452


U.S. Dept. of Education
c/o FedLoan Servicing
POB 69184
Harrisburg, PA 17106-9184

```
University of Phoenix
PO Box 29887
Phoenix, AZ 85038


US Attorney's Office
World Trade Center
101 West Main Street, Ste.8000
Norfolk, VA 23510


Virginia Natural Gas
PO Box 70840
Charlotte, NC 28272-0840


Virginia Natural Gas
544 S. Independence Blvd.
Virginia Beach, VA 23452-1104
```